BENNETT G. YOUNG (STATE BAR NO. 106504)
PAUL S. JASPER (STATE BAR NO. 200138)
LEBOEUF LAMB GREENE & MACRAE L.L.P.
One Embarcadero Center, Suite 400
San Francisco, California 94111
Telephone: (415) 951-1100
Facsimile: (415) 951-1180

Counsel to ENRON ENERGY SERVICES, INC.
and ENRON ENERGY MARKETING CORP.

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtor. | Case No. C 04-02294 SC<br><br>STIPULATION TO DISMISS APPEAL; ORDER |

RE:
Bankruptcy Case: 01-30923 DM
Adversary No.:
BAP No.:
Appellants: Enron Energy Services, Inc. and Enron Energy Marketing Corp.

Appellants Enron Energy Services, Inc. ("EES") and Enron Energy Marketing Corp. ("EEM") and appellee Pacific Gas and Electric Company ("PG&E") stipulate that the above-captioned appeal shall be dismissed with prejudice, each side to bear its own costs.

Dated: May 2, 2005

LEBOEUF, LAMB, GREENE & MACRAE, L.L.P.

By: _____
Bennett G. Young
Paul S. Jasper
Attorneys For Appellants
Enron Energy Services, Inc. and Enron Energy Marketing Corp.

1

STIPULATION TO DISMISS APPEAL

| | | |
|---|---|---|
| 1 | Dated: May 2, 2005 | HOWARD, RICE, NEMEROVSKI, CANADY, FALK & RABKIN, A PROFESSIONAL CORPORATION |
| 2 | | |
| 3 | | By: /s/ James L. Lopes / Gary M. Kaplan |
| 4 | | Attorneys For Appellee Pacific Gas and Electric Company |
| 5 | | |
| 6 | | ORDER |
| 7 | IT IS SO ORDERED. | |
| 8 | | |
| 9 | Dated: ~~April __, 2005~~ May 10, 2005 | /s/ Samuel Conti United States District Judge |

2

STIPULATION TO DISMISS APPEAL

SF 203375.1 09149 00687